UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOUR S INVESTMENT GROUP INC.,<br><br>Plaintiff,<br>-v-<br><br>HILTON WORLDWIDE MANAGE LIMITED,<br><br>Defendant. | 26 Civ. 810 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Earlier this morning, the Court received an emergency motion for a temporary restraining order from plaintiff Four S Investment Group ("Four S"). The Court hereby orders counsel for Four S to **immediately** serve this Order, and Four S's papers in support of its motion, on counsel for defendant Hilton Worldwide Manage Limited. The Court will hold a telephonic conference in this case at **noon today (Eastern Time)**. Counsel for both sides shall call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: January 30, 2026
      New York, New York