UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOUR S INVESTMENT GROUP, INC.,

Plaintiff,

-v-

HILTON WORLDWIDE MANAGE LIMITED *and*
HAMPTON INNS INTERNATIONAL FRANCHISE, LLC,

Defendants.

26 Civ. 810 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is closely examining the question briefed by the parties whether it has subject matter jurisdiction and expects to rule on that question imminently. The issue is substantial and the Court's present assessment is that defendants' argument that the requirements for diversity jurisdiction are not met is most likely correct, requiring dismissal of this case without prejudice to plaintiff's right to refile in a court of competent jurisdiction. The Court will endeavor to resolve this issue by Wednesday morning, February 11, to minimize inconvenience to the parties, insofar as a dismissal would entail cancelling the preliminary injunction hearing scheduled for Friday, February 13.

In the event that the Court were to dismiss the case of want of subject matter jurisdiction, it would be obliged forthwith to dissolve the present temporary restraining order, which otherwise expires on Friday, February 13. The Court so notifies the parties, so that (1) they may discuss consensually agreeing to extend the terms of the TRO pending plaintiff's filing of a successor lawsuit, and a request for temporary relief, in a court of competent jurisdiction; or (2) if the parties cannot agree, to enable plaintiff to prepare appropriate filing(s) for a court of competent jurisdiction.

2

For avoidance of doubt, for the time being, all deadlines, including with respect to the upcoming hearing, remain in place.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2026
       New York, New York