UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOUR S INVESTMENT GROUP, INC.,

Plaintiff,

-v-

HILTON WORLDWIDE MANAGE LIMITED *and*
HAMPTON INNS INTERNATIONAL FRANCHISE, LLC,

Defendants.

26 Civ. 810 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules a brief telephonic conference for 9 a.m. ET tomorrow

(February 11, 2026).  Counsel for both sides should call into the Court's dedicated conference

line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

The purpose of the conference will be to discuss the status of the temporary restraining order in

this matter and whether the parties have reached agreement on interim measure(s) in the event

that the Court finds that it lacks subject matter jurisdiction.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 10, 2026
       New York, New York